UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHIGAN URGENT CARE &
PRIMARY CARE PHYSICIANS, P.C.,**

    **Plaintiff,**                        Case No.  15-10122
                                             HON. DENISE PAGE HOOD

**v.**

**LEGACY 2011 CREDIT INVESTOR, LLC.,**

    **Defendant.**
_____/

## ORDER DISMISSING ACTION

On March 10, 2015, Plaintiff filed a Notice of Voluntary Dismissal.

Accordingly,

IT IS ORDERED that this action is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

                         S/Denise Page Hood
                         Denise Page Hood
                         United States District Judge

Dated:  March 17, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 17, 2015, by electronic and/or ordinary mail.

                         S/LaShawn R. Saulsberry
                         Case Manager